IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID LEON NICKELL, JR.,

    Plaintiff,

v.                              CASE NO. 1:06-cv-00167-MP-AK

MICHAEL A. PLESKOVICH, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 39, Second Motion for Extension of Time to File Objections to Report and Recommendation, filed by Plaintiff Nickell. Plaintiff was previously permitted to proceed *in forma pauperis* in this action, and he states that he does not currently have sufficient funds to mail copies of his objections.  Because Plaintiff will have the money for postage soon, he requests an extension of time to file his objections. In an abundance of caution, the Court grants the Plaintiff's motion, and Plaintiff shall file his objections to the Magistrate's Report on or before February 27, 2008.

    **DONE AND ORDERED** this  *14th*  day of February, 2008

                       *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge